ANDRÉ BIROTTE JR.                                          JS-6
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DENNIS J. HANNA, CSBN 184475
Special Assistant United States Attorney
      Social Security Administration
      333 Market St., Suite 1500
      San Francisco, CA  94105
      Telephone:  (415) 977-8962
      Facsimile:  (415) 744-0134
      Email:  Dennis.Hanna@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| IGNACIA CASTILLO, | ) No. SACV 11-0331 RNB |
| | ) |
| Plaintiff, | ) **[PROPOSED]** |
| | ) **JUDGMENT OF REMAND** |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

     The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for a fully favorable decision.

DATED:  November 21, 2011

                                         HON. ROBERT N. BLOCK
                                         UNITED STATES MAGISTRATE JUDGE